No. 92–8840. MEDINA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–8842. ROMON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8844. PICART *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8848. DIAMOND *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–8852. HATHORN *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 92–8854. CURE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8858. ARIAS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8859. ROQUEMORE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8868. SAN-MIGUEL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8880. ROCCIO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 92–8881. RYMAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–8882. LADY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8885. HOSTEN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8898. DENNIS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8900. RAMSEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8901. LOVE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.